UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

**FILED**
JUL 17 2018
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cause No. 1:18-CR |
| ) | |
| RONALD PARKER, ) | |
| ) | 1 18-cr- 231 SEB -MJD |
| Defendant. ) | |

## INDICTMENT

The Grand Jury charges that:

### General Allegations

At times material to this charge:

1. The Defendant, Ronald Parker (hereinafter "Parker"), was born on XX/XX/1963.

2. On or about February 24, 2003, Parker was convicted of Criminal Sexual Conduct, Third Degree (Multiple Variables), in the 36th Judicial Circuit of the State of Michigan, under Michigan Criminal Code 750.520D (Case Number 02012900FHB). As a result, Parker was required to register as a sex offender for life under the Sex Offender Registration and Notification Act.

3. **Failure to Register (18 U.S.C. § 2250):** Under the United States Code, it is unlawful for a person who is required to register under the Sex Offender Registration and Notification Act to travel in interstate or foreign commerce, and knowingly fail to register or update a registration as required by the Sex Offender Registration and Notification Act.

1

## COUNT ONE
## 18 U.S.C. § 2250(a)
## (Failure to Register)

4. The General Allegations in this Indictment are re-alleged as if fully set forth herein.

5. Between on or about February 1, 2018, to at least July 11, 2018, and within the Southern District of Indiana and elsewhere, the defendant RONALD PARKER, a person required to register under the Sex Offender Registration and Notification Act, traveled in interstate and foreign commerce and knowingly failed to register as a sex offender as required by the Sex Offender Registration and Notification Act.

In violation of Title 18, United States Code, Section 2250(a).

A TRUE BILL:

FOREPERSON

JOSH J. MINKLER
United States Attorney

By: _____
Tiffany J. Preston
Assistant United States Attorney

2