UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>RONALD PARKER, )<br>)<br>Defendant. ) | No. 1:18-cr-00231-JPH-MJD |

**ENTRY FOR SEPTEMBER 26, 2019**

On this date, Defendant Ronald Parker appeared in person and by counsel, Maureen Keefe, for a change of plea and sentencing hearing. The government appeared by counsel, Assistant United States Attorney Tiffany Preston. Stephanie Ivie appeared on behalf of the United States Probation Office. The hearing was recorded by Court Reporter, Cathy Jones.

Defendant was placed under oath. The Court found that Defendant was fully competent and able to enter an informed plea; Defendant's plea was being made knowingly and voluntarily; and the plea was supported by an independent basis in fact containing each of the essential elements of the offense charged. The Court accepted the Plea of Guilty after conducting the requisite hearing under Federal Rule of Criminal Procedure 11(b). The Court adjudged Defendant guilty.

The sentencing hearing was done in part when for reasons stated in open Court and on the record, the hearing was **CONTINUED** without objection to **Monday, September 30, 2019 at 1:00 p.m.** in Room 349, United States

Courthouse, 46 East Ohio Street, Indianapolis, Indiana.  Defendant was remanded to the custody of the U.S. Marshal.  The hearing was adjourned.

Distribution:

Maureen T. Keefe
LAW OFFICE OF MAUREEN T KEEFE
mkeefe@mkeefelaw.com

Tiffany Jacqueline Preston
UNITED STATES ATTORNEY'S OFFICE
tiffany.preston@usdoj.gov