UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:18-cr-00231-JPH-MJD |
| ) | |
| RONALD PARKER, ) | |
| ) | |
| Defendant. ) | |

**ENTRY FOR SEPTEMBER 30, 2019**

On this date, Defendant Ronald Parker appeared in person and by counsel, Maureen Keefe, to resume the September 26, 2019 sentencing hearing. The government appeared by counsel, Assistant United States Attorney Tiffany Preston. Stephanie Ivie appeared on behalf of the United States Probation Office. The hearing was recorded by Court Reporter, Cathy Jones.

The Court reviewed the presentence investigation report. There were no objections. The parties were heard with respect to the sentence, application of the Sentencing Guidelines and application of 18 U.S.C. § 3553(a) factors. For the reasons stated, Defendant was sentenced to time served and five years' supervised release. No fine was imposed. A special assessment of $100.00 was imposed. The Judgment is forthcoming.

Distribution:

Maureen T. Keefe
LAW OFFICE OF MAUREEN T KEEFE
mkeefe@mkeefelaw.com

Tiffany Jacqueline Preston
UNITED STATES ATTORNEY'S OFFICE
tiffany.preston@usdoj.gov