UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No.  1:18-cr-0231-JPH-MJD |
| | ) | |
| RONALD PARKER, | ) | - 01 |
| | ) | |
| Defendant. | ) | |

## REPORT AND RECOMMENDATION

On May 30, 2024, the Court held a hearing on the Petition for Warrant or Summons for Offender Under Supervision filed on February 16, 2023.  [Dkt. 71.]  Defendant Parker appeared in person with his appointed counsel Sam Ansell.  The Government appeared by Brad Blackington, Assistant United States Attorney.  U.S. Probation Office appeared by USPO Tasha Taylor.

The Court conducted the following procedures in accordance with Fed. R. Crim. P. 32.1(a)(1) and 18 U.S.C. § 3583:

1.      The Court advised Defendant Parker of his rights and provided him with a copy of the petition.  Defendant Parker waived his right to a preliminary hearing.

2.      After being placed under oath, Defendant Parker admitted to violation number 1. [Dkt. 71.]  Government orally moved to withdraw the remaining violations, which motion was granted by the Court, such that violation numbers 2 and 3 dismissed.

3.      The allegation to which Defendant admitted, as fully set forth in the petition, is:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **"You must not commit another federal, state, or local crime."** |

As previously reported to the Court, on November 6, 2021, Mr. Parker was arrested by deputies from the St. Tammany Parish Sheriff's Office, Covington, Louisiana, and was charged with Failure to Register as a Sex Offender, 2nd or Subsequent Offense, felony; and Possession of a Schedule II Controlled Dangerous Substance Less Than Two Grams, felony (Case No. 2203-F-2022), as well as with Operating a Vehicle Without a License, misdemeanor; and Failure to Secure Registration, misdemeanor (Case No. 2204-M-2022).

As it pertains to Case No. 2203-F-2022, on January 12, 2023, Mr. Parker pled guilty to the charges and was sentenced to a total of five years imprisonment, concurrent with any other time.

As it relates to Case No. 2204-M-2022, on January 12, 2023, he was convicted of the charges and sentenced to five days incarceration, deemed satisfied.

4.     The Parties stipulated that:

(a)     The highest grade of violation is a Grade B violation.

(b)     Defendant's criminal history category is IV.

(c)     The range of imprisonment applicable upon revocation of supervised release, therefore, is 12 to 18 months of imprisonment.

5.     The parties jointly recommended a sentence of 12 months and 1 day with no supervised release to follow.  Defendant requested placement at a facility closest to Slidell, Louisiana and vocational programming.

6.     The Magistrate Judge, having considered the relevant factors in 18 U.S.C. § 3553(a), *see* 18 U.S.C. § 3583(e) and as more fully set forth on the record, finds that the Defendant violated the conditions in the petition, that his supervised release should be revoked, and that he should be sentenced to the custody of the Attorney General or his designee for a period of  12 months and 1 day with no supervised release.  The Magistrate Judge will make a recommendation of placement at a facility closest to Slidell, Louisiana and that Defendant receive vocational

programming.   The Defendant is to be taken into custody immediately pending the District Judge's action on this Report and Recommendation.

7.    The parties are hereby notified that the District Judge may reconsider any matter assigned to a Magistrate Judge.  The parties waived the fourteen-day period to object to the Report and Recommendation.

Date: 5/31/2024

_Kellie M. Barr_
Kellie M. Barr
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system