UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:18-cr-00231-JPH-MJD ) |
| RONALD PARKER, | ) -01 ) |
| Defendant. | ) |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Pursuant to 18 U.S.C. § 3401(i) and 18 U.S.C. § 3583(e), the Court **ADOPTS** Magistrate Judge Kellie M. Barr's Report and Recommendation and all findings therein, dkt. [87]. The Court now **ORDERS** that Ronald Parker's supervised release is therefore **REVOKED**, dkt. [71], and Mr. Parker is sentenced to the custody of the Attorney General or his designee for imprisonment of 12 months and 1 day, with no federal supervision to follow.

Mr. Parker also filed a motion prior to his hearing with Magistrate Judge Barr requesting reinstatement of his ten-month probation sentence. Dkt. 77. Judge Barr's report indicates that the parties jointly recommended the sentence that she adopted: 12 months and 1 day. Dkt. 87 at 2. Therefore, Mr. Parker's previous motion is **DENIED**. Dkt. [77].

**SO ORDERED.**

Date: 6/6/2024

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

1

Distribution:

All Electronically Registered Counsel

Electronic Notice to USPO

Electronic Notice to USM-C